United States District Court.
Camden, N.J.

\# 1:18-CV-12913-NLH.

Firkon James
    Petitioner.

Vs

United States District Court

RECEIVED
JUN 24 2020
AT 8:30
WILLIAM T. WALSH — M
CLERK

Notice of Appeal.
(N.O.A)

Now comes Firkon James. Pro Se Moving This Honorable Court To Allow Petitioner To Appeal This Court Ruling Denying Petition 2241 Habeas Corpus Filed on Aug. 17, 2018. — Which Was Denied on June, 1, 2020.
Petitioner Submit on this 15th Day of June 2020 With Clean-Hands and In Good Faith...

Firkon James

We have been on lockdown for over 3 months, ever since the pandemic. I received the notice of the denial to my 2241 motion on June 10th, 2020.

RECEIVED
JUN 24 2020
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

HIXXON - JAMES
#20372-055
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

TRENTON NJ 085
22 JUN 2020 PM 4 L

CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 2797
Camden, NJ 08101

RECEIVED
JUN 24 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

08101-279797